David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **HECTOR HERNANDEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HECTOR HERNANDEZ,<br><br>        Defendant. | Case No.: 1:21-CR-00115 NODJ BAM<br><br>**ORDER AND STIPULATION TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing currently set for February 24, 2025, be continued to April 21, 2025.

Counsel for Mr. Hernandez needs additional time to prepare for sentencing and provide additional information to Probation.

IT IS SO STIPULATED.

Dated: January 21 2025            /s/ DAVID BALAKIAN
                                  David Balakian,
                                  Attorney for Defendant

Dated: January 21, 2025          /s/ STEPHANIE STOKMAN
                                 Stephanie Stokman,
                                 Assistant U.S. Attorney

## ORDER

The sentencing in this matter is continued from February 24, 2025, to **April 21, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**

IT IS SO ORDERED.

Dated:  **January 21, 2025**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE