David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **HECTOR HERNANEEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR 00115 TLN BAM |
| Plaintiff, | **ORDER AND STIPULATION MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| HECTOR HERNANDEZ, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release shall be modified with the following added conditions.

You must refrain from the use of alcohol.

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other previously ordered terms and conditions of release shall remain in full force and effect.

Pretrial Services is in agreement with this modification.

Dated: May 22, 2025          /s/ DAVID BALAKIAN
                             David Balakian,
                             Attorney for Defendant,
                             Hector Hernandez


Dated: May 22, 2025          /s/ STEPHANIE STOKMAN
                             Stephanie Stokman,
                             Assistant U.S. Attorney

                             Stipulation has been agreed to by
                             Ms. Stockman.

## ORDER

**IT IS SO ORDERED.**

DATED: <u>May 23, 2025</u>          /s/ Erica P. Grosjean
                                    **UNITED STATES MAGISTRATE JUDGE**