# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00115-TLN-BAM-5 |
|---|---|
| Plaintiff, | ORDER REQUIRING UNITED STATES TO FILE A RESPONSE TO DEFENDANT'S APPLICATION FOR ORDER EXONERATING BOND |
| v. | |
| HECTOR HERNANDEZ, | (ECF No. 311) |
| Defendant. | |

On June 14, 2025, Defendant Hector Hernandez filed an application for an order exonerating the outstanding bond in this action and ordering the return of his passport. The Court will require a response from the United States. Accordingly, the Court HEREBY ORDERS that the United States shall file a response to Defendant's application (ECF No. 311) and will have through **June 18, 2025**, to do so.

IT IS SO ORDERED.

Dated:   **June 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge