David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **HECTOR HERNANDEZ**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HECTOR HERNANDEZ,<br><br>    Defendant. | **Case No.: 1:21 CR 00115  TLN BAM**<br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND;ORDER** |

Defendant, HECTOR HERNANDEZ, by and through his attorney of record, David Balakian, hereby requests an order exonerating the outstanding bond in this action and that his passport be returned.

Three cash bonds totaling $13,000.00 and defendant's passport were provided to the court. Please see docket items 48, 49, 50 and 51.

Mr. Hernandez is currently housed at FCI Lompoc. He self-surrendered.

Defendant requests the bond be exonerated and his passport be returned.

1

Dated: June 14, 2025         /s/ DAVID BALAKIAN
                             David Balakian, Attorney for Defendant

**ORDER**

It appearing that defendant has been remanded into custody in Case Number 1:21 CR 00115 TLN BAM, bail is hereby ordered exonerated and the passport be returned.

IT IS SO ORDERED.

Dated:   **June 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge